**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-1683**

———————————

LARNARDO M. ACKER,

Plaintiff - Appellant,

versus

AVIS RENT A CAR SYSTEM, INC.,

Defendant - Appellee,

and

HENRY SILVERMAN, Chairman and CEO, HFS Corporation; R. CRAIG HOENSHELL, Chairman and CEO, Avis Rent A Car; RAYMOND KOCH, City Manager, Washington/Baltimore Areas; JEFF HOGAN, Formerly Fleet Distribution Manager, Currently Dulles Airport Manager, Avis Rent A Car; RON CAREY, General President, AFL-CIO; EDDIE KORNEGAY, President and Business Manager Automotive, Petroleum, Cylinder, and Bottled Gas, Chemical Drivers, Helpers and Allied Workers, and Public Transportation Employees, Local Union 922; FERLINE BUIE, Secretary/Treasury Local Union 922; HFS CORPORATION; AFL-CIO; LOCAL UNION 922 IBT,

Defendants.

No. 98-1919

LARNARDO M. ACKER,

Plaintiff - Appellant,

versus

AVIS RENT A CAR SYSTEM, INC.; AFL-CIO; LOCAL
UNION 922 IBT,

Defendants - Appellees,

and

HENRY SILVERMAN, Chairman and CEO, HFS Corpo-
ration; R. CRAIG HOENSHELL, Chairman and CEO,
Avis Rent A Car; RAYMOND KOCH, City Manager,
Washington/Baltimore Areas; JEFF HOGAN,
Formerly Fleet Distribution Manager, Currently
Dulles Airport Manager, Avis Rent A Car; RON
CAREY, General President, AFL-CIO; EDDIE
KORNEGAY, President and Business Manager Auto-
motive, Petroleum, Cylinder, and Bottled Gas,
Chemical Drivers, Helpers and Allied Workers,
and Public Transportation Employees, Local
Union 922; FERLINE BUIE, Secretary/Treasury
Local Union 922; HFS CORPORATION,

Defendants.

Appeals from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria. T.S. Ellis, III, District Judge.
(CA-97-2085-A)

2

Submitted: September 30, 1998     Decided: October 14, 1998

---

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Larnardo M. Acker, Appellant Pro Se. Catharine Wildenthal Cummer, GIBSON, DUNN & CRUTCHER, Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larnardo M. Acker appeals from numerous orders entered by the magistrate judge and the district court in his lawsuit alleging adverse employment action. Because Acker failed to properly preserve the issues for appeal by failing to properly object in accordance with Fed. R. Civ. P. 72(a) or by failing to raise the issues in his informal brief, we affirm. We deny Appellant's motions for appointment of counsel and for a stay of the proceedings. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>